No. 05–5420. GARRIGA v. UNITED STATES; MORAN-CORTEZ v. UNITED STATES; and VASQUEZ-SANCHEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.·